UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO: 08-01972 GAC |
|---|---|
| OSCAR E. MUNOZ-DUQUE | CHAPTER 13 |
| KARINA M. FLORES-MUNOZ | |
| Petitioner (s) | |

NOTICE OF SUBMITTING AMENDED PLAN DATED JUNE 23, 2008

TO THE HONORABLE COURT:

COME(S) NOW, debtor(s) through the undersigned attorney and respectfully state(s), allege(s) and pray(s) as follows:

1. That debtor(s) is submitting an amended plan dated June 23rd, 2008 with this Notice.
2. The purpose of the amendment is to increase plan base.
3. Debtor proposes the following plan:

   a. $200.00 during the first 3 months of the plan (from April to June 2008);

   b. $275.00 during the remaining 57 months of the plan (form July 2008 to February 2013);

   c. Debtor will provide lumpsum payments in the amount of $900.00 per year beginning in July 2008 and ending in July 2012, for a total amount of $4,500.00. This payment will be distributed from the expected annual income tax reimbursements.

4. Dates for meeting of creditors, for filing claims and for hearing of confirmation are to be notified or have been by the Trustee of this case.

WE HEREBY CERTIFY that on this same date and by electronic CM/EC filing system, copy of this Notice has been sent to Mr. José Carrión, Esq., Chapter 13 Trustee, PO Box 9023884 San Juan, PR 00902-3884 and to all interested parties mentioned in attached Master Address List.

Respectfully Submitted

In San Juan, Puerto Rico, this June 23, 2008

*JAIME RODRÍGUEZ-LAW OFFICE, PSC*
*Attorney for Petitioner(s)*
Atrium Plaza Apt. 28
225 Calle José Oliver
San Juan, PR 00918-1469
Tel & Fax: (787)797-4174
bayamonlawoffice@yahoo.com

ELECTRONICALLY FILED
S/ Jaime Rodríguez-Pérez
USDC- PR 221011

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: **OSCAR E. MUNOZ-DUQUE**
**KARINA M. FLORES-MUNOZ**

BK. CASE # 08-01972  GAC

CHAPTER 13

DEBTOR(S) SSN: XXX-XX-6460    SSN: XXX-XX-

## CHAPTER 13 PAYMENT PLAN
*DATED JUNE 23, 2008*

**NOTICE:** * The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its notification. * See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee:
   [X] directly  [ ] by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
3. [ ] The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

**PLAN DATED:** _____
[X] PRE  [ ] POST-CONFIRMATION

[X] **AMENDED PLAN DATED:** 6/23/2008
FILED BY [X] DEBTOR [ ] TRUSTEE [ ] UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

| $ | x | = $ |
|---|---|---|
| 200.00 | 3 | 600.00 |
| 275.00 | 57 | 15,675.00 |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL = 60 | | $ 16,275.00 |

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from
[ ] Sale of property identified as follows:
_____
[ ] Other: _____

Periodic Payments to be made other than and in addition to the above.
$900.00 x 5 = $ 4,500.00
To be made on: SEE OTHER PROVISIONS BOX

**PROPOSED PLAN BASE:** $ 20,775.00

### II. ATTORNEY'S FEES
To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

a. Rule 2016(b) Statement: $ 3,000.00
b. Fees Paid (Pre-Petition): ($ 300.00 )
c. R 2016 Outstanding balance: $ 2,700.00

d. Post Petition Additional Fees: $ _____
e. Total Compensation: $ 3,000.00
Paid during months # ___ To ___

Signed: /s/_____
   DEBTOR
   /s/_____
   JOINT DEBTOR
   /s/ **Jaime Rodríguez Pérez**
   BY: ATTORNEY

ATTORNEY FOR DEBTOR~ **Jaime Rodríguez Law Office P.S.C** Condominio Atrium Plaza, Apt 28, 225 Calle José Oliver, San Juan, PR 00618-1469   Phone: **787-797-4174**

### II. DISBURSEMENT MADE IN THE FOLLOWING ORDER AND AFTER ADMINISTRATIVE EXPENSES

**A. SECURED CLAIMS:** [ ] Debtor represents that there are no secured claims.
[X] Secured creditors will retain their liens and shall be paid as follows:

1. [ ] **ADEQUATE PROTECTION** Payments: Cr. _____ $ _____

2. [X] Trustee will pay secured **ARREARS:** (Below, write V for vehicle, M for Mortg & F for furniture in box)

| Cr. RG MORTGAGE [A] | Cr. PREFERRED HOME [B] | Cr. PREFERRED HOME II [C] |
|---|---|---|
| Acct. CLAIM 6-1 | Acct. CLAIM 11-1 | Acct. CLAIM 12-1 |
| $ 1,873.00 | $ 200.00 | $ 375.00 |
| Monthly Pymt.$ ___ | Monthly Pymt.$ ___ | Monthly Pymt.$ ___ |
| Month# ___ To Month# ___ | Month# ___ To Month# ___ | Month# ___ To Month# ___ |

3. [ ] Trustee will pay **REGULAR MONTHLY PAYMENTS:**
Cr. ____ Cr. ____ Cr. ____
Acct. ____ Acct. ____ Acct. ____
Monthly Pymt.$ ____ Monthly Pymt.$ ____ Monthly Pymt.$ ____

4. [ ] Trustee will pay **IN FULL** Secured Claims:
Cr. ____ Cr. ____ Cr. ____
$ ____ $ ____ $ ____

5. [ ] Trustee will pay **VALUE OF COLLATERAL:**
Cr. ____ Cr. ____ Cr. ____
$ ____ $ ____ $ ____

6. [ ] Secured Creditor's interest will be insured. **INSURANCE POLICY** will be paid through plan:
Cr. ____ Ins. Co. ____ Premium: $ ____
(Please indicate in "Other Provisions" the insurance coverage period)

7. [ ] Debtor SURRENDERS COLLATERAL TO Lien Holder:

8. [X] Debtor will maintain REGULAR PAYMENTS DIRECTLY to:
RE MORTGAGE AND PREFERRED HOME SERVICES, INC.

**B. PRIORITIES.** The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].
[ ]

**C. UNSECURED PREFERRED:** Plan [ ] Classifies [X] Does not Classify Claims.
[ ] Class A-  [ ] Co-debtor Claims: [ ] Pay 100% / [ ] 'Pay Ahead''. _____
[ ] Class B-  [ ] Other Class: _____
[ ] Cr. ____ [ ] Cr. ____ [ ] Cr. ____
$ ____ $ ____ $ ____

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = $ **205.00** )
[ ] Will be paid 100% plus ____% Legal Interest  [X] Will be paid Pro-Rata from any remaining funds

**OTHER PROVISIONS:**
1. DEBTOR WILL PROVIDE TO CREDITORS A LUMP SUM PAYMENT IN THE AMOUNT OF $900.00 EVERY JULY, BEGINNING ON JULY 2008 AND ENDING ON JULY 2012, FOR A TOTAL AMOUNT OF $4,500.00. THE PROCEEDS WILL COME FROM ANNUAL INCOME TAX RETURNS REIMBURSEMEMTS.

MASTER ADDRESS LIST

**MUNOZ DUQUE, OSCAR E**
PO BOX 6733
BAYAMON, PR  00960

**PENTAGON FED. CR. UNION**
PO BOX 247080
OMAHA, NE  68124-7080

**FLORES MUNOZ, KARINA M**
PO BOX 6733
BAYAMON, PR  00960

**PREFERRED HOME SERVICES, INC.**
PO BOX 4069
BAYAMON, PR  00958-1069

Jaime Rodriquez Law Office, PSC
ATRIUM PLAZA APT 28, 225 JOSE OLIVER
SAN JUAN, PR  00918-9704

**PREFERRED HOME SERVICES, INC.**
PO BOX 4069
BAYAMON, PR  00958-7845

**AAA**
PO BOX 70101
SAN JUAN, PR  00936-8101

**RG MORTGAGE**
PO BOX 362394
SAN JUAN, PR  00936-2394

**ADM. RETIRO AEE**
PO BOX 13978
SAN JUAN, PR  00908-3978

**SAMS CLUB**
PO BOX 530942
ATLANTA, CA  30353-0942

**AEE**
PO BOX 363508
SAN JUAN, PR  00936-3508

**BANCO POPULAR**
PO BOX 70100
SAN JUAN, PR  00936-8100

**CITIFINANCIAL**
PO BOX 71328
SAN JUAN, PR  00936-8428

**HOME DEPOT**
PROCESSING CENTER
DES MOINES, IA  50364-0500

**ISLAND FINANCE**
130 EXP MARTINEZ NADAL 103
GUAYNABO, PR  00969